NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLUOR INTERCONTINENTAL, INC.,**
*Appellant,*

v.

**HILLARY RODHAM CLINTON, SECRETARY OF STATE,**
*Appellee.*

---

2012-1553

---

Appeal from the Civilian Board of Contract Appeals in nos. 490, 491, 492, 716, 1555, and 1763, Administrative Judge Jeri Kaylene Somers.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for a 36-day extension of time, until December 14, 2012, for Fluor Intercontinental, Inc. to file its principal brief, and for a 14-day extension of time, until February 6, 2013, for the Secretary of State to file its response brief.

FLUOR INTERCONTINENTAL V. HILLARY CLINTON                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27